Drumm v Village Mobile Home Park, LLC (2023 NY Slip Op 06638)

Drumm v Village Mobile Home Park, LLC

2023 NY Slip Op 06638

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ.

890 CA 23-00153

[*1]ROBERT DRUMM, PLAINTIFF-APPELLANT,
v
THE VILLAGE MOBILE HOME PARK, LLC, DEFENDANT-RESPONDENT. 

LIPSITZ GREEN SCIME CAMBRIA LLP, BUFFALO (JOHN A. COLLINS OF COUNSEL), FOR PLAINTIFF-APPELLANT.
RICOTTA, MATTREY, CALLOCCHIA, MARKEL & CASSERT, BUFFALO (JILL L. CASSERT OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered January 11, 2023. The order dismissed the complaint upon the motion of defendant. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court